STATE

v.

Joaquim G. BRASILEIRO.

No. 80–363–M.P.

Supreme Court of Rhode Island.

Oct. 2, 1980.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Spec. Asst. Atty. Gen., for plaintiff.

Charles J. Rogers, Jr., Fernando S. Cunha, Providence, for defendant.

### ORDER

The petition for writ of habeas corpus is denied.

DORIS and MURRAY, JJ., did not participate.